UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CORIELLE JOHNSON,

        Plaintiff,                         Case No. 2:13-CV-334

v.                                               Hon. Gordon J. Quist

JAMIE PANCHERI, et al.,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 11, 2015, which was duly served on the parties that same day. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed February 11, 2015 (dkt. #56) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary judgment (dkt. #35) is **GRANTED**. Plaintiff's complaint is **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motions to Amend (dkt. ##38, 52) are **DENIED** for the reasons set forth in the Report and Recommendation.

This case is concluded.

A separate judgment will issue.

Dated: March 9, 2015                                                  /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE